June Byun
Special Assistant U.S. Attorney
c/o Social Security Administration
Office of General Counsel
26 Federal Plaza, Room 3904
New York, NY 10278-0004
(212)264-2595
June.byun@ssa.gov
Bar No. 520444

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
**CARLI HALL,**                                  :
                                                 :
    **Plaintiff,**                               :
                                                 : **JOINT STIPULATION FOR**
                                                 : **REMAND PURSUANT TO**
                                                 : **SENTENCE FOUR OF 42 U.S.C**
                                                 : **§ 405(g)**
                                                 :
    v.                                           :No. 1:18-CV-00755 (DEP)
                                                 :
**COMMISSIONER OF SOCIAL SECURITY,**             :
                                                 :
    **Defendant.**                               :
                                                 :
------------------------------------------------------------------------X

       This matter has been opened to the Court by GRANT C. JAQUITH, Acting United States Attorney for the Northern District of New York, and June Byun, Special Assistant United States Attorney, attorneys for Defendant, for an Order remanding the within cause of action to the Defendant pursuant to sentence 4 of 42 U.S.C. § 405(g) for further administrative action. The parties consent to Magistrate Judge David Peebles having final jurisdiction to remand this case to the agency.

       Therefore, the Commissioner's Motion and Plaintiff, through the undersigned attorney, Peter A. Gorton, Esq., having consented to the within order and the requested remand, and the Court having considered the matter,

IT IS on this  16th  day of January , 2019;

ORDERED that the final decision of the Commissioner be and hereby is REVERSED, and the matter is REMANDED to the Defendant pursuant to sentence 4 of 42 U.S.C. § 405(g), for the further administrative action set forth above, and it is further ORDERED that the within matter, be and hereby is, DISMISSED in accord with the decision in *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

_____
David E. Peebles
U.S. Magistrate Judge

The undersigned hereby consent to the form and entry of the within order.

        GRANT C. JAQUITH
        United States Attorney

By:    */s June Byun*
        JUNE BYUN
        Special Assistant U.S. Attorney
        Attorney for Defendant
        Bar No. 520444


        Lachman & Gorton

By:    *s/Peter A. Gorton*
        PETER A. GORTON, Esq.
        Attorney for Plaintiff
        Bar No. 104832